IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -4  P 3:00

CLERK _____
S. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.:  CR298-4 |
| v. ) | CR206-27 |
| ) | |
| WILLIAM COLLINS ) | |

## ORDER

On January 4, 2007, the undersigned conducted a Preliminary Revocation Hearing, pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, so as to determine whether there is probable cause to believe that Defendant violated the terms of his supervised release as alleged. Defendant was given prior notice of the preliminary hearing and its purpose and of the alleged violation. He appeared at said hearing, with counsel, and was given the opportunity to present evidence in his own behalf. He was afforded the opportunity to question the witness called against him.

The testimony presented at said hearing established that probable cause exists to believe that Defendant violated the conditions of his supervised release, as alleged in the petition. Accordingly, it is hereby **ORDERED** that Defendant be held for a revocation hearing.

**SO ORDERED**, this 4th day of January, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)